**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. <u>19-CR-20674</u>-GAYLES(s)**

**UNITED STATES OF AMERICA**

**vs.**

**ADRIAN CAMBARA ORTIZ,**

_____/

## <u>STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA</u>

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **ADRIAN CAMBARA ORTIZ**, are sufficient to prove the guilt of the Defendant of the above-referenced Superseding Indictment:

Co-conspirator testimony and corroborating evidence would show that between January 2013 to about May 2019, a group of individuals conspired together with the Defendant to engage in money transfers, which transfers assisted other co-conspirators who were engaging in the sale of diverted prescription pharmaceuticals. More specifically, as part of the conspiracy during those years, the Defendant was directed to open bank accounts, make money transfers, and withdraw money, all of which allowed the other co-conspirators to hide their illegal operations and to conceal which co-conspirators actually controlled the money and the illegal drug enterprise. .

The money being deposited, transferred and withdrawn was in fact proceeds of mail fraud and wire fraud activities, which was part of the larger trafficking of prescription pharmaceutical scheme. The Defendant was aware that these money movements in which he was engaging involved money that was part of some kind of illegal activity and that, as a "straw owner" of bank

1

accounts, he was assisting the co-conspirators by hiding the scheme and their involvement in the scheme.   Millions of dollars passed through the bank accounts that named the Defendant as the purported owner of the accounts and the Defendant personally earned at least $50,000 as a result of the offense to which he is pleading guilty.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date:   4/27/20                         By:   *Walter M. Norkin*
                                              WALTER M. NORKIN
                                              ASSISTANT U.S. ATTORNEY

Date:   5.19.20                         By:   _____
                                              STEVEN AMSTER, ESQ.
                                              ATTORNEY FOR DEFENDANT

Date:   5/18/2020                       By:   _____
                                              ADRIAN CAMBARA ORTIZ
                                              DEFENDANT

2